WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STACEY A. RYAN, ET AL. | : | DOCKET NO. 2:18-cv-1496 |
| VERSUS | : | JUDGE SUMMERHAYS |
| CALCASIEU PARISH POLICE JURY, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 23] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Remand and Motion for Attorney Fees [doc. 9] be **GRANTED**. This case is **REMANDED** to the 14th Judicial District Court, Calcasieu Parish, Louisiana. The Clerk of Court is directed to certify a copy of this judgment and forward the same to the Clerk of the 14th Judicial District Court.

**IT IS FURTHER ORDERED** that plaintiffs Vernon Christopher Meyer and Carla Michelle Meyer submit a bill of costs and affidavit or other documentation supporting the amount of attorney fees requested within 14 days. Defendant Sasol Chemicals USA LLC is directed to submit any opposition within 7 days thereafter.

**THUS DONE AND SIGNED** in Chambers this 13th day of August, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE