UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **STACEY A. RYAN, ET AL** | : | **CIVIL ACTION NO. 18-01496** |
| **VERSUS** | : | **JUDGE SUMMERHAYS** |
| **CALCASIEU PARISH POLICE JURY, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Rec. Doc. 36] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion for Attorney's Fees [Rec. Doc. 31] is **GRANTED** and attorney's fees in the amount of Twenty-Five Thousand Seven Hundred Twenty-Seven and 50/100 Dollars ($25,727.50) be awarded to Vernon Christopher Meyer and Carla Michelle Meyer.

**THUS DONE AND SIGNED** in Chambers this 11th day of February, 2020.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE